NUMBER 13-05-757-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


ROSE ENNA MENDEZ, Appellant,


v.



ROGELIO MENDEZ, JR., Appellee.

_____________________ ____________


On appeal from County Court at Law No. 2 


of Hidalgo County Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, ROSE ENNA MENDEZ, perfected an appeal from a judgment entered
by the County Court at Law No. 2 of Hidalgo County, Texas, in cause number F-2806-00-2. After the record and briefs were filed, this matter was abated and remanded to
the trial court for a hearing at which appellant was to be given the opportunity to
develop an evidentiary record in support of her argument that the trial court no longer
has continuing jurisdiction over this matter. Appellee has now filed a motion to
dismiss the appeal. In his motion, appellee states that, at the hearing, counsel for
appellant stated on the record that no evidence would be presented and that the
appeal would be dismissed. Appellee requests that this Court dismiss the appeal and
that the judgment of the court below be affirmed.

 The Court, having considered the documents on file and appellee's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellee's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 24th day of May, 2007.